# IN THE HILL COURT; A COURT OF RECORD
## AT FERDERAL DISTRICT COURTHOUSE
### STATE OF CALIFORNIA, U.S.A.

I; a woman claim; all herein be true;
my word is my bond;

**FILED**

SEP 2 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I; Connie -Lorraine: Davis [Hill]; a.k.a.
'Connie Hill'; a woman; aggrieved;
wronged; harmed;

        **Claimant;**

v.

PAT MCCRORY; A PERSON; governor;
and Aldona Z. Wos; A PERSON; M.D.,
Secretary DHHS Ambassador (Ret.) and
LAURA GERALD; A PERSON; M.D., MPH
State Health Director; and GAIL
LECUYER;  A PERSON; N.C. VITAL
RECORDS; and MARK HILL; A PERSON;
informant

Each Unnamed Wrongdoer (1-99); and;
EACH UNNAMED WRONGDOER (1-99);

        **Wrongdoers;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**2:1 5 - CV - 2 0 1 7 GEB KJN PS**

Claimant Case No: 7013 1710 0000 9661 7960
(Certified by way of USPS: UPU Treaty Applies)

<u>Notice to Officers of the Court</u>: Upon penalty for
'Trespass upon the Case': this is a common law
suit in a 'Court of Record': 1) the above case
number <u>must be the primary case number</u>
recorded upon all documents in this case; and all
referenced cases hereafter; and pressed upon the
record; <u>regardless of any other numbers used by
the Clerk of Court; or other;</u> for internal department
management; or other purposes; 2) the style in
which this Claim is made may not be altered in any
way and; at no time does 'Claimant' consent to be
restyled as a 'Plaintiff'; or other; or to have this
'Claim' be restyled as a 'Complaint'; govern
yourself accordingly... god save you;

> **Similar to a 'Counterclaim' upon?'**
> **Claim No's: 245781687; VP 04-41818;**
> **Ref#231120; DCF1195A**

In Re: a Tort; in Original Jurisdiction of man;

Amount per Wrongdoer: (See Attached True Bill)

**Heard Before Magistrate:**
 a Trustee of: the People;

**Federal District Courthouse**
in this court of record; at common law; trial by
jury; by right of man; guaranteed; all rights
reserved; none waived;

## CLAIMS: TORT; TRESPASS; AND ORDER FOR DEFAULT JUDGMENT TO RESTORE PROPERTY; AND COMPENSATION;

COMES NOW; I; Connie; a woman; in this 'Court of Record'; at common law; aggrieved; wronged;
harmed; Claimant; <u>and Order Clerk of Court to enter Default Judgment; for Claim; signed by the
attending Magistrate; upon Wrongdoers; each and all of them; Named or Unnamed; for the</u>

following Claim; proved and seasoned by Wrongdoer(s)' confession and acquiescence; for Wrongs upon i; a woman; and my property; such Wrongs caused by Wrongdoer(s) upon i; without verified claim or right or authority; with proper Compensation to i; as claimed within the True Bill attached to this my Claim:

I; a woman; Connie; claim; conusance; propriety; of this; my case; and all other cases referred to herein; and;

I; a woman; Connie; claim; I; and my property; do not exist by the creation of the legislature of the State of North Carolina; or the pleasure of the State of North Carolina; nor am subject to any statute of the State of North Carolina; including but not limited to **North Carolina General Statutes § 130A-118 of the Official Codes of North Carolina**; or other; and;

I; a woman; Connie; do not appear; before my 'Court of Record'; as a 'Person'; citizen; subject; or within any limitations or disabilities of statutes or codes; rather as woman; by right; with all rights reserved; and;

I; a woman; Connie; claim; I did offer you; PAT MCCRORY; A PERSON; governor, <u>LAURA GERALD; A PERSON; M.D., MPH State Health Director</u> I; and; <u>Keith Horton</u>; and MARK HILL; A PERSON; informant, and; all other Wrongdoers; Noticed by way of Notice to each of you; at each of your Offices; all Agents and/or Principals associated with you in your Official capacity as a Public Servant; the opportunity to settle this matter privately with i; within twenty-one (21) days of my first Notice of Claim; and;

I; a woman; Connie; claim; that you; PAT MCCRORY; A PERSON; governor, a woman; <u>LAURA GERALD; A PERSON; M.D., MPH State Health Director</u>; and; you; a man MARK HILL; A PERSON; informant, and; all other Wrongdoers; Noticed by way of Notice to each of you; at each of your Offices; all Agents and/or Principals associated with you in your Official capacity as a Public Servant; did acquiesce to each and all of my Claims; and associated Compensation; by tacit procuration; and;

I; a woman; Connie; claim; you; a woman; PAT MCCRORY; A PERSON; governor <u>LAURA GERALD; A PERSON; M.D., MPH State Health Director</u>; and; you; a man; MARK HILL; A PERSON; informant together with all Agents and/or Principals associated with you in your Official capacity as a Public Servant; do continue to Trespass upon i; a woman; in naked possession of i; a woman's property; *without right; without [verified] claim; without authority; and;*

I; a woman; Connie; require; demand; you; a woman PAT MCCRORY; A PERSON; governor, <u>LAURA GERALD; A PERSON; M.D., MPH State Health Director</u>; and; you; a man; MARK HILL; A PERSON; informant, together with all Agents and/or Principals associated with you in your<u>; PAT MCCRORY; A PERSON; governor;</u> Official capacity as a Public Servant; restore to i; i; a woman's property; shown in exhibit A; and; exhibit B; and; exhibit C; and; exhibit D; now; immediate; and;

I; a woman; Connie; require; demand; you; a woman; PAT MCCRORY; A PERSON; governor <u>LAURA GERALD; A PERSON; M.D., MPH State Health Director</u> and; you; a man<u>; PAT MCCRORY; A PERSON; governor</u>; together with all Agents and/or Principals associated with you in your Official capacity as a Public Servant; deliver in person; i; a woman's property; at the location from which you caused said property to be removed; commonly known as: c/o 1500 West El Camino Ave. #533, Sacramento, CA [95833] State; in the same condition as the day you took wrongful possession; and;

I; a woman; Connie; require; compensation; from each of you; for the wrong; you; a woman; PAT MCCRORY; A PERSON; governor <u>LAURA GERALD; A PERSON; M.D., MPH State Health Director</u>; and; and; you; a man; <u>PAT MCCRORY; A PERSON; governor;</u>; together with all Agents and/or Principals associated with you in your Official capacity as a Public Servant; do to I; a woman; in the amount of the 'True Bill'; attached; and;

I; a woman; Connie; claim; verify; all herein be true; and will verify same in open Court; if I require;

WHEREFORE; in consideration of the evidence and Wrongdoer's confession; I; Connie; a woman; at common law; aggrieved; wronged; harmed; Claimant; <u>Order</u>; this Court to <u>enter Default Judgment; for each of my Claim; signed by the attending Magistrate; upon Wrongdoers; each and all of them; Named or Unnamed</u>; for the aforesaid Claims; proved and seasoned by Wrongdoer(s)' acquiescence; for Wrongs upon i; a woman; and my property; such Wrongs caused by Wrongdoer(s) upon i;  without verified claim or right or authority; with proper Compensation to i; as claimed within the True Bill attached to this my Claims; with all rights reserved to I; Claimant;

Dated this 3rd day of August, 2015

By:_____
I; Connie-Lorraine: Davis [Hill]; a.k.a. 'Connie Hill';
a woman; aggrieved; wronged; harmed; Claimant;

## VERIFIED / CERTIFIED PROCESS SERVICE

I verify/certify; under penalty of perjury; that a true and correct copy of this file; *CLAIMS: TORT; TRESPASS; AND ORDER FOR DEFAULT JUDGMENT TO RESTORE PROPERTY; AND COMPENSATION; and verified evidence;* be delivered; <u>by USPS</u>; to the Clerk of Court; and <u>by USPS</u>; to Wrongdoers; PAT MCCRORY; A PERSON; governor, ALDONA Z. Wos, M.D., SECRETARY,  LAURA GERALD, M.D., MPH , MARK E. HILL, INFORMAT, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; DIVISION OF PUBLIC HEALTH et. al.; AGENT; this 3rd day of August, 2015; at the address given below...

_____
I; Connie-Lorraine: Davis [Hill]; a.k.a. 'Connie Hill';
a woman; aggrieved; wronged; harmed; Claimant;

Attn: PAT MCCRORY; A PERSON; governor
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF PUBLIC HEALTH- STATE CENTER FOR HEALTH SERVICES
OFFICE OF VITAL RECORDS
1903 MAIL SERVICE CENTER
RALEIGH, NORTH CAROLINA 27699-1903

Attn: ALDONA Z. WOS, M.D., SECRETARY DHHS
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF PUBLIC HEALTH- STATE CENTER FOR HEALTH SERVICES
OFFICE OF VITAL RECORDS
1903 MAIL SERVICE CENTER
RALEIGH, NORTH CAROLINA 27699-1903

Attn: LAURA GERALD, M.D., MPH
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF PUBLIC HEALTH- STATE CENTER FOR HEALTH SERVICES
OFFICE OF VITAL RECORDS
1903 MAIL SERVICE CENTER
RALEIGH, NORTH CAROLINA 27699-1903

MARK E. HILL, INFORMAT
c/o NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
DIVISION OF PUBLIC HEALTH- STATE CENTER FOR HEALTH SERVICES
OFFICE OF VITAL RECORDS
1903 MAIL SERVICE CENTER
RALEIGH, NORTH CAROLINA 27699-1903

CLERKS OFFICE OF THE UNITED STATES DISTRICT EASTERN DIVISION
CHIEF JUDGE MORRISON C. ENGLAND JR.
CLERK OF COURT MARIANNE MATHERLY
ROBERT MATSUI COURTHOUSE
501 "I" STREET.; ROOM 2106
SACRAMENTO, CALIFORNIA [95814]

*************** *************** ***************

## COMMERCIAL OATH AND VERIFICATION

Sacramento County    )
                       )       Commercial Oath and Verification
California State       )

I, Connie Hill; under my unlimited liability and Commercial Oath; proceeding in good faith; being of sound mind; verify that the facts contained herein are true, correct, complete and not misleading; to the best of my knowledge; and; belief; under Penalty; of Perjury; and International Commercial Law.

Connie Hill; Claimant;

By: _____ ; [UCC 3-402 (b)(1)]

ι, Connie-Lorraine Davis [Hill]; a.k.a/ 'Connie Hill';
a woman; aggrieved; wronged; harmed; Claimant;

# JUDGMENT / ORDER

## Action Number

### 7013170000096617960

---

## IN THE HILL COURT: A COURT OF RECORD FOR A COURT OF RECORD AT FEDERAL DISTRICT COURTHOUSE STATE OF CALIFORNIA, U.S.A.

Connie Hill, a woman                    v.              North Department of Health &
Claimant/Aggrieved                                      Human Services Vital Records

                                                        Wrongdoers

It is so ordered that the death certificate with reference numbers;

VP 04-41818 / Ref#231230 /DCF1195A, In the State of North Carolina Vital Records be
amended from Divorce to Married at the time of Death.

Signature _____

Signature of_____

                                Clerk / Magistrate /Judge

Certified as true copy

_____
Date

_____
Clerk

Connie Hill
c/o 1500 West El Camino Ave. #533
Sacramento, California [95833]
916-370-9183


To the Chief Judge / Head Clerk / Magistrate

As I the aggrieved my lawful basics is that I require the use this Venue as a
Court of Record in which I move my Claim , to render a judgment /order as
to who has the lawful right to administrate my property.

Connie Hill, aggrieved woman

# STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## CLERK-RECORDER

## CERTIFICATE OF REGISTRY OF MARRIAGE
(PERSONAL DATA, LICENSE TO MARRY, CERTIFICATION OF MARRIAGE)

BOOK 421 PAGE 672

9618

STATE FILE NUMBER | LOCAL REGISTRAR'S NUMBER

**GROOM PERSONAL DATA**

| | |
|---|---|
| 1A. NAME OF GROOM—FIRST NAME: James | 1B. MIDDLE NAME: Charleston | 1C. LAST NAME: H111 | 2. DATE OF BIRTH—MONTH, DAY, YEAR |
| 3. AGE (LAST BIRTHDAY): 23 YEARS | 4. NUMBER OF THIS MARRIAGE: 1 | 5A. DATE LAST MARRIAGE ENDED: X X X | 5B. LAST MARRIAGE ENDED BY (SPECIFY DEATH, DIVORCE OR ANNULMENT): X X X | 6. BIRTHPLACE (STATE OR FOREIGN COUNTRY): North Carolina |
| 7A. RESIDENCE OF GROOM—STREET ADDRESS: 16661 Mc Fadden | 7B. CITY OR TOWN: Tustin | 7C. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE): Orange |
| 8A. PRESENT OR LAST OCCUPATION: U. S. Marine Corps | 8B. KIND OF INDUSTRY OR BUSINESS: X X X | 9. HIGHEST SCHOOL GRADE COMPLETED: 12 |
| 10A. NAME OF FATHER OF GROOM: James S. Bush | 10B. BIRTHPLACE OF FATHER: N. C. | 11A. MAIDEN NAME OF MOTHER OF GROOM: Bessie D. Hill | 11B. BIRTHPLACE OF MOTHER: N. C. |

**BRIDE PERSONAL DATA**

| | |
|---|---|
| 12A. NAME OF BRIDE—FIRST NAME: Connie | 12B. MIDDLE NAME | 12C. LAST NAME: Davis | 13. DATE OF BIRTH—MONTH, DAY, YEAR |
| 14. AGE (LAST BIRTHDAY): 19 YEARS | 15. NUMBER OF THIS MARRIAGE: 1 | 16A. DATE LAST MARRIAGE ENDED: X X X | 16B. LAST MARRIAGE ENDED BY (SPECIFY DEATH, DIVORCE OR ANNULMENT): X X X | 17. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Texas |
| 18A. RESIDENCE OF BRIDE—STREET ADDRESS: 16661 Mc Fadden | 18B. CITY OR TOWN: Tustin | 18C. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE): Orange |
| 19A. PRESENT OR LAST OCCUPATION: Tour Guide | 19B. KIND OF INDUSTRY OR BUSINESS: Disneyland | 20. HIGHEST SCHOOL GRADE COMPLETED: 12 | 21. MAIDEN NAME OF BRIDE (IF PREVIOUSLY MARRIED): X X X |
| 22A. NAME OF FATHER OF BRIDE: Commie C. Campbell | 22B. BIRTHPLACE OF FATHER: Texas | 23A. MAIDEN NAME OF MOTHER OF BRIDE: Mildred Jones | 23B. BIRTHPLACE OF MOTHER: Texas |

**AFFIDAVIT OF BRIDE AND GROOM**

WE, THE BRIDE AND GROOM NAMED IN THIS CERTIFICATE, EACH FOR HIMSELF, STATE THAT THE FOREGOING INFORMATION IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME IS KNOWN TO US, AND HEREBY APPLY FOR LICENSE TO MARRY.

24A. BRIDE (SIGNATURE): *Connie Davis*
24B. GROOM (SIGNATURE): *James Charleston Hill*

**LICENSE TO MARRY**

17630

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| 25A. SUBSCRIBED AND SWORN TO BEFORE ME ON | 25B. DATE LICENSE ISSUED: 9/15/1972 | 25C. LICENSE NUMBER: 9762 | 25D. COUNTY CLERK: WILLIAM E. ST. JOHN |
| 9/15/1972 | 25E. EXPIRATION DATE: 12/14/1972 | 25F. COUNTY OF ISSUE OF LICENSE: ORANGE | BY *Kay Quary* DEPUTY |

**WITNESSES**

| 26A. SIGNATURE OF WITNESS | 26B. ADDRESS OF WITNESS—STREET ADDRESS: 311 Bullnox St. | 26C. ADDRESS OF WITNESS—CITY OR TOWN AND STATE: Portland Or 102N |
| 27A. SIGNATURE OF WITNESS: *Jesse Douglas* | 27B. ADDRESS OF WITNESS—STREET ADDRESS: 1044 Lena St. | 27C. ADDRESS OF WITNESS—CITY OR TOWN AND STATE: Memphis, Tenn. 38105 |

**CERTIFICATION OF PERSON PERFORMING CEREMONY**

28. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

ON September 17 19 72

AT Tustin CITY OR TOWN, CALIFORNIA

| 29A. SIGNATURE OF PERSON PERFORMING CEREMONY AND OFFICIAL TITLE: *Wm D. Powell Minister* |
| 29B. NAME OF PERSON PERFORMING CEREMONY: Wm D. Powell | 29C. DENOMINATION IF PRIEST, MINISTER OR RABBI: Baptist |
| 29D. ADDRESS—STREET ADDRESS, CITY OR TOWN, AND STATE: 17642 Westbury, Tustin Cal |

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**

| 30. DATE ACCEPTED FOR REGISTRATION: SEP 19 1972 | 31. LOCAL REGISTRAR—SIGNATURE: *J. Skylie Carlyle* |

STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH—BUREAU OF VITAL STATISTICS

REV 2-1-72 FORM VS 117A

\* 00210016C \*

STATE OF CALIFORNIA
COUNTY OF ORANGE } SS

CERTIFIED COPY OF VITAL RECORDS
DATE ISSUED OCT 0 2 2014

*Hugh Nguyen*
**HUGH NGUYEN**
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Orange County Clerk-Recorder.

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.

PINCO (Rev) 06/13






| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | YEAR | MONTH | DAY |
|---|---|---|---|---|---|---|
| HILL    James    Charleston | M | 1687 | | | | |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | b. PAY GRADE | 7. DATE OF RANK | YEAR | MONTH | DAY |
|---|---|---|---|---|---|---|
| USMC - 11 | Sgt | E5 | | 74 | 12 | Ø1 |

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| Unknown | Unknown | 27Ø6 Monrovia Drive  Norfolk, VA 235Ø5 |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Discharged | RUC 11403  Co"A",1stCbtEngrBn,1stMarDiv, FMF |

| c. AUTHORITY AND REASON | d. EFFECTIVE DATE | YEAR | MONTH | DAY |
|---|---|---|---|---|
| | | 76 | Ø8 | 31 |

| e. CHARACTER OF SERVICE | f. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| HONORABLE | DD 256-MC | |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND Co"A",1stCbtEngrBn | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| 1stDSG,1stMarDiv(Rein),FMF,CamPen,CA | N/A |

| 13. TERMINAL DATE OF RESERVE/MSS OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD |
|---|---|---|
| YEAR MONTH DAY | HqCo, 8th EngrBn, ForTrps  FMFLant, CamLej, N.C.  28542 | YEAR MONTH DAY |
| None | | 7Ø   Ø8   17 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 1371  Combat Engineer | Carpenter  86Ø.381 | (a) NET ACTIVE SERVICE THIS PERIOD | Ø6 | ØØ | 14 |
| | | (b) PRIOR ACTIVE SERVICE | Ø4 | ØØ | 11 |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a + b) | 1Ø | ØØ | 25 |
| | | (d) PRIOR INACTIVE SERVICE | ØØ | ØØ | ØØ |
| None | None | (e) TOTAL SERVICE FOR PAY (c+d) | 1Ø | ØØ | ØØ |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | Ø1 | ØØ | 24 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) |
|---|---|
| ☐ YES    ☒ NO | SECONDARY/HIGH SCHOOL 1Ø YRS (1-12 grades)    COLLEGE ___ YRS |

| 21. TIME LOST (Preceding Two Yrs) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION |
|---|---|---|---|---|
| | | ☒ $2Ø,ØØØ  ☐ $5,000 | ☒ NO   ☐ YES | a. TYPE    b. DATE COMPLETED |
| None | 1.Ø days | ☐ $10,000  ☐ NONE | AMOUNT ___ | None    None |

**26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED**

GCMDL (w/1*)
Meritorious Mast

**27. REMARKS**

Participated in support of Operation Eagle Pull, Phenon Penh, Cambodia
75Ø412 to 75Ø413
Participated in Operation Frequent Wind, Saigon, RVN
75Ø429 to 75Ø5Ø2

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State, ZIP) | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 3342 Loam Street  Norfolk, VA 235Ø4 | |

| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| M. M. SCHNELL, Captain  USMC  Commanding Officer, Co"A",1stCbtEngrBn | |

DD FORM 214 MC
1 NOV 72

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.
S/N 0102-002-0001

REPORT OF SEPARATION
FROM ACTIVE DUTY (1900)

SRB/OQR
OR HQMC-2



**Department of
Veterans Affairs**

**1 FEDERAL DR
ST PAUL MN 55111**

**June 16, 2014**

In Reply Refer To:

CONNIE HILL
PO BOX 216221
SACRAMENTO CA  95821

File Number:
1687
PAYEE NO 10
J C HILL

We are still processing your application for DEPENDENCY AND INDEMNITY
COMPENSATION. We apologize for the delay. You will be notified upon completion of
processing. If you need to contact us, be sure to show the file number and full name of the
veteran.

If your mailing address is different than that shown above, please advise us of your new
mailing address. You should notify us immediately of any changes in your mailing address.

If you reside in the Continental United States, Alaska, Hawaii, Guam, the Northern Marianas,
or Puerto Rico, you may contact VA with questions and receive free help by calling our toll-
free number 1-800-827-1000 (for hearing impaired TDD 1-800-829-4833). From American
Samoa you may dial toll free 684-699-3730.

Note: TDD phone number 1-800-829-4833 does not work for callers residing in Guam and
the Northern Marianas.

K. L. ANDERSON

VETERANS SERVICE CENTER MANAGER

**Department of
Veterans Affairs**

**1 FEDERAL DR
ST PAUL MN 55111**

**April 23, 2014**

In Reply Refer To:

CONNIE HILL
PO BOX 216221
SACRAMENTO CA    95821

File Number:
1687
PAYEE NO 10
J C HILL

We have received your application for benefits.  It is our sincere desire to decide your case
promptly.  However, as we have a great number of claims, action on yours may be delayed.
We are now in the process of deciding whether additional evidence or information is needed.
If we need anything else from you, we will contact you, so there is no need to contact us in the
meantime.  If you do write us,  be sure to show THE VETERAN'S file number and full name,
or have it at hand if you call.

If your mailing address is different than that shown above, please advise us of your new
mailing address.  You should notify us immediately of any changes in your mailing address.

If you reside in the Continental United States, Alaska, Hawaii, Guam, the Northern Marianas,
or Puerto Rico, you may contact VA with questions and receive free help by calling our toll-
free number 1-800-827-1000 (for hearing impaired TDD 1-800-829-4833).  From American
Samoa you may dial toll free 684-699-3730.

Note: TDD phone number 1-800-829-4833 does not work for callers residing in Guam and
the Northern Marianas.

K. L. ANDERSON

VETERANS SERVICE CENTER MANAGER

VA FORM
JAN 1990    **20-8992**

DORIS O. MATSUI
6TH DISTRICT, CALIFORNIA

COMMITTEE ON ENERGY
AND COMMERCE

WASHINGTON OFFICE:
2434 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0506
(202) 225-7163

DISTRICT OFFICE:
ROBERT T. MATSUI U.S. COURTHOUSE
501 I STREET, SUITE 12-600
SACRAMENTO, CA 95814
(916) 498-5600

http://matsui.house.gov

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0506

July 29, 2014

Ms. Connie Hill
PO Box 216221
Sacramento, CA 95821

Dear Ms. Hill:

Thank you for your letter regarding your concerns about your pending claim for pension benefits.

I understand and appreciate your desire to have this matter resolved as soon as possible. In an effort to assist you, I have written to the Department of Veterans Affairs (VA) on your behalf requesting an immediate review of your concerns. In general, federal agencies take between four and six weeks to respond to congressional inquiries.

Again, thank you for contacting me for assistance. Please be assured that I will keep you informed of any developments in this case.

Sincerely,

Doris O. Matsui

DORIS O. MATSUI
Member of Congress

DOM:JC

DORIS O. MATSUI
6TH DISTRICT, CALIFORNIA

COMMITTEE ON ENERGY
AND COMMERCE

WASHINGTON OFFICE:
2434 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–0506
(202) 225–7163

DISTRICT OFFICE:
ROBERT T. MATSUI U.S. COURTHOUSE
501 I STREET, SUITE 12–600
SACRAMENTO, CA 95814
(916) 498–5600

http://matsui.house.gov

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0506

August 1, 2014

Ms. Connie Hill
PO Box 216221
Sacramento, California 95821

Dear Ms. Hill:

This is in further reference to your difficulties with your claim for survivor benefits.

Enclosed is a copy of the final correspondence that I have received from the VA in response to my inquiry on your behalf. Unfortunately, no action will be taken until 30 days from the date of the July 17, 2014 letter. If you have not yet already submitted the requested documents, you are welcome to bring them in to my office so that I can send it directly to the VA on your behalf.

Thank you again for the opportunity to be of assistance. Please do not hesitate to contact me again with questions of a federal nature.

Sincerely,

Doris O. Matsui

DORIS O. MATSUI
Member of Congress

DOM:JC

10. HIGHEST SCHOOL GRADE COM...

OF BRIDE

238 BIRTHPLACE OF MOTHER

Texas

...THE AMENDMENT IS REQU...
Requests that do not include proper identificat...

TYPE OR PRINT CLEAR

PART I — INFORMATION TO LO...

Name at Birth or Death     JAMES     CHARL...
Middle

1, 2004
Date of Death

] No     Did parents

Middle

Mid

CORRECTION

ATE

to the be
its appli

+-5

# Affidavit of Correction

STATE OF California
COUNTY OF Sacramento

September 17, 2014
~~�~~ 1500 W. El Camino Ave # 533 , 95833
I Connie Hill, ~~PO Box 216221~~, Sacramento, California ~~958218221~~ hereby state that this Affidavit
is for the purpose of correcting an error in the Death Certificate.

1. The error(s) made consist(s) of:

    Divorce

2. The correct information is:

    Married

Signed under the penalties of perjury on September 17, 2014.

Connie Hill

STATE OF CALIFORNIA
COUNTY OF Sacramento

On  10-16-14  before me, _Jasmeet Ahluwalia, Notary Public_, personally
appeared _Connie Hill_, proved to me on the basis of satisfactory evidence to be the
person(s) whose name is subscribed to the within Affidavit and acknowledged to me that he/she
executed the same in his/her authorized capacity, and who, being first duly sworn on oath
according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by
him/her and that the matters stated herein are true to the best of his/her information, knowledge
and belief.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JASMEET AHLUWALIA
COMM. # 1960337
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES DEC. 10, 2015

_____ (Notary Seal)

Signature of Notary Public



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

N.C. Department of
Health + Human Services
Vital Records
1903 Mail Services
Center
Raleigh, N.C. 27699-1903

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
OCT 22 2014

3. Service Type
☐ Certified Mail  ☐ Priority Mail Express
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number
(Transfer from service label)

7013 1710 0000 9661 7960

PS Form 3811, July 2013    Domestic Return Receipt

IN-STORE COUPON

Raley's BUCK BACK

BEL AIR NOB HILL FOODS

$1.00 OFF on any $10.00 purchase

See reverse side for details.

709 (1/4) 700/14000
M 73282-V

5918913561    12/01/20

1.62  MONEYGRAM PAYMENT SYSTEMS, INCORPORATED
      P.O. BOX 9476
      MINNEAPOLIS, MN 55480
      www.moneygram.com

DRAWER []

DATE/AMOUNT
2

9343051049S10

59189135610

PLEASE SEE TERMS ON REVERSE SIDE    EMPLOYEE

KEEP THIS STUB
FOR YOUR RECORDS



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $  1 19
Certified Fee  3 30
Return Receipt Fee
(Endorsement Required)  2 70
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $ 7 19

Postmark
Here

Sent To
N.C. Dept of Health + Human Services
Street, Apt. No.;
or PO Box No.  1903 Mail Service Center
City, State, ZIP+4  Raleigh, NC 27699-1903

PS Form 3800, August 2006    See Reverse for Instructions

7013 1710 0000 9661 7960

=================================================

BEL AIR MARKET 510
1540 W EL CAMINO AVE
SACRAMENTO, CA, 95833-1946
056678-B001

10/16/2014                    11:22:32 AM
=================================================

--------------- Sales Receipt ---------------

Product              Sale        Final
Description          Qty         Price

First-Class Lg Env    1          $1.19
   (Expected Delivery Day: Mon 10/20)
   (RALEIGH, NC  27699)
   (Weight:0 Lb 1.80 Oz)

Certified             1          $3.30
   (@@USPS Certified Mail #)
   (70131710000096617960)
Return Rcpt           1          $2.70

Total                             $7.19

Cash                              $7.19

@@For tracking or inquiries go to USPS.com
or call 1-800-222-1811.
           ------Thank you!

Bill#:  1-13857-2-1211154-2

Clerk:  CLERK2

   All sales final on stamps and postage.

**NOTE:** This application may be used to correct information which was entered incorrectly on the original certificate or to add information not given on the original certificate at time of death. *At least one piece of documentary evidence in support of the requested correction must be submitted.* A court order or additional evidence may be required before certain items can be amended.

## INSTRUCTIONS

1. The information *as it appears on the original certificate even if incorrect is entered in spaces 1 through 11.* (This is usually done by N.C. Vital Records or the Register of Deeds.) In accordance with N.C. General Statute 130A-92(3), the original of this form should be used. Please do not send photocopies.

2. Each incorrect or incomplete item must be listed on a separate line in space 12.

3. The correct information must be listed in space 13 directly opposite the incorrect items listed in space 12.

4. *The application should be signed by the informant. If he/she is deceased, the application should be signed by an immediate family member.* The signature must be witnessed by an official who is authorized to administer oaths such as the *Register of Deeds or a notary public. The official's seal must be affixed.*

5. There is a fee of $15 to amend a certificate. A death certificate search costs $24 and includes one copy of the certificate. There is a $15 fee for each additional certificate copy requested from the same search. If you want same-day walk-in service, an additional $15 expedited processing fee is required. Mail-in applicants may also receive expedited service. Include the $15 expedite fee and write "Expedite" on the envelope. Your request will be processed within two working weeks of receipt (please allow for additional mailing time or pay for overnight delivery). Make your certified check or money order payable to "NC Vital Records." Please do not send cash in the mail. Personal checks are not accepted and will be returned.

6. Forward the completed application and fees to N. C. Vital Records, 1903 Mail Service Center, Raleigh, North Carolina 27699-1903. If accepted, the correction will be made and the affidavit filed with the original certificate. The Register of Deeds in the county of death will be notified to correct the copy on file.

DHHS 3937 (Revised 10/11)
Vital Records

11-13-14

#231120 EXPEDITE

04-41818

# DEATH CERTIFICATE AMENDMENT APPLICATION

| 1. DECEDENT'S NAME | | | 2. SEX | 3. DECEDENT'S SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| James Charleston Hill | | | M | xxxxxxxxxxxxxxxxxx |

| 4. DATE OF DEATH | 5. COUNTY OF DEATH | 6. FACILITY NAME | |
|---|---|---|---|
| 07/31/2004 | Tyrrell | 504 Bowser Street | |

| 7. REG. DIST. NO. | 8. CERTIFICATE NO. | 9. DATE FILED | 10. NAME OF FATHER |
|---|---|---|---|
| 089-00 | 04-41818 | 08/06/2004 | ------------------ |

| 11. NAME OF MOTHER (FIRST, MIDDLE, MAIDEN SURNAME) |
|---|
| Bessie Hill |

| 12. ITEMS WRONG OR MISSING (AT TIME OF DEATH) | 13. FACTS AS THEY SHOULD HAVE BEEN STATED AT TIME OF DEATH (PRINT OR TYPE) |
|---|---|
| marital status | married |
| surviving spouse | Connie Davis |
| I further state that I was married to James Charleston Hill at the time of his death and never divorced prior to his death. | |

*I do solemnly swear that: (1) I have personal knowledge of the correctness of the statements made in this application; (2) That the facts listed under Item 12 of this application were incorrectly stated or omitted at the time of death; (3) That the amendment requested under Item 13 of this application will change the original record so as to make it reflect the true facts.*

14. Signature _Connie_

15. Address _1500 West El Camino Ave #533_ _CA_ _95833_
(Street or RFD)                    (City)              (State)    (Zip Code)

16. Relationship _Surviving Spouse_     17. Telephone Number _916 370-9183_
_370-9183_

18. Documentary evidence submitted: marriage license

Sworn to and subscribed before me this the _1_ day of _December_ 20 _14_

My Commission Expires: _03/15/2018_ _Meghan C. Deal_
Date                         Notary Public or Register of Deeds

MEGHAN C. DEAL
COMM. # 2058349
NOTARY PUBLIC • CALIFORNIA
SACRAMENTO COUNTY
Comm. Expires MARCH 15, 2018

DHHS 3937 (REVISED 10/01)
Vital Records

**IMPORTANT:** *read instructions on reverse side before attempting to complete this form.*

# Social Security Administration

||ıl||ıl||ıl||ıllıl||ıllıl|ıllıl||ıllıl||ıllıl||ıllıl|
1BEV010007126  0.345  MB  0.405    T00000027
CONNIE HILL
PO BOX 216221
SACRAMENTO CA 95821-8221

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2013, the full monthly Social Security benefit before any deductions is $ 921.10.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 921.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 855-886-9635. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
SUITE 600
225 W BROADWAY
GLENDALE, CA 91204

See Next Page





**North Carolina Department of Health and Human Services**
**Division of Public Health- State Center for Health Statistics**
**Office of Vital Records**
1903 Mail Service Center • Raleigh, North Carolina 27699-1903
Tel 919-733-3000 • Fax 919-715-0042

Pat McCrory, Governor
Aldona Z. Wos, M.D., Secretary DHHS
Ambassador (Ret.)

Laura Gerald, M.D., MPH
State Health Director

December 22, 2014

CONNIE HILL
1500 W EL CAMINO AVE #533
SACRAMENTO CA 95833

JAMES CHARLESTON HILL
7-31-04

Dear Ms. Hill:

When we received your request to amend the death certificate of James Charleston Hill, we sent an amendment application to the informant, Mark Hill, to sign and return to NC Vital Records by December 15, 2014. As of this date, we have not received a response from him; therefore, a court order will be required to make the changes to the death certificate. Please contact an attorney for more information on obtaining the court order to change the marital status and add your name as the surviving spouse. Once the court order is granted, please send a certified copy of the order to us along with the $15.00 processing fee and a copy of this letter.

We received $54.00 to expedite, amend and issue a corrected copy of the death certificate. We used $15.00 to evaluate your request. We are still holding $39.00 to expedite and issue the certificate once the court order is granted.

Please send a certified check or money order for the processing fee, a certified copy of the court order and this letter to NC Vital Records, 1903 Mail Service Center, Raleigh, NC 27699-1903. Please write "Expedite" on the front of your envelope.

If you have any questions, please feel free to call me at (919) 733-5896.

Sincerely,

Gail Lecuyer
Special Registrations
N.C. Vital Records

VP 04-41818
Ref # 231120          EXPEDITE
DCF1195A



225 N. McDowell Street • Cooper Building • Raleigh, NC • 27603
http://vitalrecords.nc.gov
*An Equal Opportunity / Affirmative Action Employer*





**Snipping Tool**
New | Cancel | Options
Select a snip type from the menu or click the New button.

## Educational Resources

Home > Educational Resources > Federal Court Basics > Court Structure > Understanding Federal and State Courts

 email updates   RSS

## UNDERSTANDING FEDERAL AND STATE COURTS

print   share   FAQs

Classrooms to Courtrooms

Constitution Resources

Courtroom Events

Federal Court Basics

► Court Structure

  - Structure of Federal Courts

  - Comparing Federal and State Courts

  - Understanding Federal and State Courts

  - Understanding Federal and State Courts Case Study

  - Jurisdiction of State and Federal

### Introduction

The judicial system in the United States is unique insofar as it is actually made up of two different court systems: the federal court system and the state court systems. While each court system is responsible for hearing certain types of cases, neither is completely independent of the other, and the systems often interact. Furthermore, solving legal disputes and vindicating legal rights are key goals of both court systems. This lesson is designed to examine the differences, similarities, and interactions between the federal and state court systems to make the public aware of how each system goes about achieving these goals.

### Objectives

After completing this lesson, one should be able to:

- Understand that the American judicial system is actually made up of two separate court systems: the federal court system and the state court systems.
- Know the structure of the federal court system and a typical state court system and be able to discuss the similarities and differences between the two.

### Jurisdiction of the Federal Courts

The jurisdiction of the federal courts is spelled out in Article III, Section 2, of the United States Constitution. Federal courts are courts of limited jurisdiction because they can hear only two main types of cases:

#### 1. Diversity of Citizenship

Federal courts can have jurisdiction over a case of a civil nature in which parties are residents of different states and the amount in question exceeds the amount set by federal law (currently $75,000). The federal courts are often required to apply state law when dealing with these cases since the issues concern matters of state law. The fact that the parties are from different states and that the amount in question is high enough is what manages to get such cases into federal court.

### Jurisdiction of the State Courts

The jurisdiction of the state courts extends to basically any type of case that does not fall within the exclusive jurisdiction of the federal courts. State courts are common-law courts. This means that they not only have the authority to apply or interpret the law, but they often have the authority to create law if it does not yet exist by act of the legislature to create an equitable remedy to a specific legal problem. Examples of cases within the jurisdiction of the state courts usually include the following:

1. *Cases involving the state constitution*—Cases involving the interpretation of a state constitution.
2. *State criminal offenses*—Crimes defined and/or punished by the state constitution or applicable state statute. Most crimes are state criminal offenses. They include offenses such as murder, theft, breaking and entering, and destruction of property.
3. *Tort and personal injury law*—Civil wrongs for which a remedy may be obtained, usually in the form of damages; a breach of duty that the law imposes on everyone in the same relation to one another as those involved in a given transaction.

COPY 1
STATE COPY

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION
MEDICAL EXAMINER'S CERTIFICATE OF DEATH

Registration District No. **089-06** Local No. _____

| | |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) **JAMES CHARLESTON HILL** / JAMES CHARLESTON HILL | 2. SEX **M** / 3. DATE OF DEATH (Month, Day, Year) **7-31-04** |

**DECEDENT**

4. SOCIAL SECURITY NUMBER | 5a. AGE—Last Birthday (Years) **55** | 5b. UNDER 1 YEAR Months Days | 5c. UNDER 1 DAY Hours Minutes | 6. DATE OF BIRTH (Month, Day, Year) **1948** | 7. BIRTHPLACE (County and State or Foreign Country) **TYRRELL CO** NC

8. WAS DECEDENT EVER IN U.S. ARMED FORCES (Yes or No) **YES**

9a. PLACE OF DEATH (Check only one; see Instructions on other side)
HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA OTHER: ☐ Nursing Home ☒ Residence ☐ Other (Specify)

9b. FACILITY NAME (If not institution, give street and number) **504 BOWSER STREET** | 9c. CITY, TOWN, OR LOCATION OF DEATH **Columbia** | 9d. INSIDE CITY LIMITS? (Yes or No) **YES** | 9e. COUNTY OF DEATH **Tyrell**

10. MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) **DIVORCED** | 11. SURVIVING SPOUSE (If wife, give maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) **SCREENER** | 12b. KIND OF BUSINESS/INDUSTRY **AIRPORT**

13a. RESIDENCE — STATE **TEXAS** | 13b. COUNTY **BELL** | CITY, TOWN, OR LOCATION **BELTON** | STREET AND NUMBER **#201 HIGH OAK**

13c. INSIDE CITY LIMITS (Yes or No) **NO** | 13d. ZIP CODE **76513** | 14. Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ Yes ☒ No (Specify) | 15. RACE — American Indian, Black, White, etc. (Specify) **BLACK** | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+) **12th**

17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) **BESSIE HILL**

19a. INFORMANT'S NAME (Type/Print) **MARK HILL** | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) **2001-51 INDIAN TRAIL HARKER HEIGHTS** 76548

**CAUSE OF DEATH**

PART I. Enter the diseases, injuries, or complications that caused the death such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line. | Approximate Interval Between Onset and Death

20a. IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. **Acute Myocardial Infarction** | **Immediate**
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. → b. **Hypertension Coronary Artery Disease** | **Yr.**
DUE TO (OR AS A CONSEQUENCE OF):

c. _____
DUE TO (OR AS A CONSEQUENCE OF):

d. _____

20b. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. **Possible Alcohol Abuse. Asthma.** | 21a. WAS AN AUTOPSY PERFORMED (Yes or No) **NO** | 21b. Were Autopsy Findings Available Prior to Completion of Death Certificate? (Yes or No)

**CERTIFIER**

21c. MANNER OF DEATH ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending ☐ Not Determined | 22a. DATE OF INJURY (Month, Day, Year) | 22b. TIME OF INJURY M. | 22c. INJURY AT WORK? (Yes or No) | 22d. DESCRIBE HOW INJURY OCCURRED

22e. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify) | 22f. LOCATION (Street and Number or Rural Route Number, City or Town, State) | 22g. TIME OF DEATH **8:00 AM**

23a. To the best of my knowledge, death occurred at the time, date and place stated. (Signature and Title of Certifier) | 23b. TITLE **ME Columbia.** | DATE SIGNED (Month, Day, Year) **7-31-2004**

24a. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print) **JAMES F. O'LEARY, 507 N. ELWOOD Pl., EDENTON, NC** | 24b. DATE PRONOUNCED DEAD (Month, Day, Year) **7-31-2004**

**DISPOSITION**

25a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 25b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) **ZION GROVE CH CEM** | 25c. LOCATION — City or Town, State, Zip Code **COLUMBIA, NC 27925**

26a. NAME AND ADDRESS OF FUNERAL HOME **ROWSOM-COLUMBIA NC 27925** | 26b. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH **Abo L Rowsom** | 26c. LICENSE NUMBER **FS-1041**

27. REGISTRAR'S SIGNATURE **Frances Forsythe Asst. D R** | 28. DATE FILED (Month, Day, Year) **8-06-04** | 26d. SIGNATURE OF EMBALMER **Abo L Rowsom** | 26e. LICENSE NUMBER **S-1041**

DEHNR 2154 (Revised 9/91) VITAL RECORDS

---

## CERTIFICATION STATEMENT OF DEATH CERTIFICATE

### NORTH CAROLINA
### TYRRELL COUNTY

This is to certify that this is a true and correct reproduction or abstract of the official record of death filed in Book **9** Page **—** in this office. Any alteration or erasure voids this certificate. Do not accept unless seal is clearly embossed.

Witness my hand and seal, this the **27** day of **August**, 20 **04**.

Melanie L. Armstrong
Register of Deeds
Tyrrell County

*Melanie L Armstrong*
Register of Deeds

By: _____
Assistant

VA OFFICE **38749**

IDENTIFICATION NOS. (C, XC, SS, XSS, V, R, etc.) **1687**

LAST NAME - FIRST NAME - MIDDLE NAME OF VETERAN (Type or print)
**Hill, James C.**

DATE OF CONTACT **8-6-04**

ADDRESS OF VETERAN
**Apt A**
**1702 Aztec TR**
**HARKER HGTS TX 76548**

TELEPHONE NO. OF VETERAN (Include Area Code)

PERSON CONTACTED
**Connie Hill (wife)**

TYPE OF CONTACT (Check)
☐ PERSONAL ☑ TELEPHONE

ADDRESS OF PERSON CONTACTED
**1224A BREWERTON DR.**
**SACRAMENTO, CA 95833**

TELEPHONE NO. OF PERSON CONTACTED (Include Area Code)
**(916) 286-7529**

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN

1. NAME OF DECEASED **Jamie C. Hill**
   (VETERAN)    OTHER (SPECIFY RELATIONSHIP)
   _____

2. DATE RECEIVED VARO PORTLAND, OR **July 31, 2004**

   RECEIVED
   AUG 1 8 2004
   MAIL OPERATIONS CENTER

3. TYPE OF VA BENEFITS RECEIVED:
   OPERATIONS CENTER        D.I.C.
   PENSION        OTHER _____

4. NAME AND ADDRESS OF NEXT OF KIN: _____
   _____
   _____

5. ☑ CALLER WAS TOLD TO SUBMIT A CERTIFIED DEATH CERTIFICATE AS SOON AS POSSIBLE.

SIGN OR SECTION

**27**

EXECUTED BY (Signature and title)
**# 58 Alonso**

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.




| 1. LAST NAME - FIRST NAME - MIDDLE NAME | | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | | | |
|---|---|---|---|---|---|---|---|
| HILL James Charleston | | M | | YEAR 48 | MONTH 08 | DAY 05 | |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | b. PAY GRADE | 7. DATE OF RANK | | |
|---|---|---|---|---|---|
| USMC - 11 | Sgt | E5 | YEAR 74 | MONTH 12 | DAY 01 |

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| Unknown | Unknown | 2706 Monrovia Drive Norfolk, VA 23505 |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Discharged | Co"A",1stCbtEngrBn,1stMarDiv, FMF  RUC 11403 |

| c. AUTHORITY AND REASON | d. EFFECTIVE DATE YEAR 76 MONTH 08 DAY 31 |
|---|---|
| | |

| e. CHARACTER OF SERVICE | f. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| HONORABLE | DD 256-MC | |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND Co"A",1stCbtEngrBn | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| 1stDSG,1stMarDiv(Rein),FMF,CamPen,CA | N/A |

| 13. TERMINAL DATE OF RESERVE/MSS OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD | | |
|---|---|---|---|---|
| YEAR None MONTH DAY | HqCo, 8th EngrBn, ForTrps FMFLant, CamLej, N.C. 28542 | YEAR 70 | MONTH 08 | DAY 17 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 1371 Combat Engineer | Carpenter 860.381 | (a) NET ACTIVE SERVICE THIS PERIOD | 06 | 00 | 14 |
| | | (b) PRIOR ACTIVE SERVICE | 04 | 00 | 11 |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a + b) | 10 | 00 | 25 |
| None | None | (d) PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | | (e) TOTAL SERVICE FOR PAY (c + d) | 10 | 00 | 00 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 01 | 00 | 24 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) |
|---|---|
| [ ] YES [X] NO | SECONDARY/HIGH SCHOOL 10 YRS (1-12 grades)   COLLEGE ___ YRS |

| 21. TIME LOST (Preceding Two Yrs) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION | |
|---|---|---|---|---|---|
| None | 1.0 days | [X] $20,000 [ ] $15,000 [ ] $5,000 [ ] $10,000 [ ] NONE | [X] NO [ ] YES  AMOUNT ___ | a. TYPE None | b. DATE COMPLETED None |

| 26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| GCMDL (w/1*) Meritorious Mast |

| 27. REMARKS |
|---|
| Participated in support of Operation Eagle Pull, Phenon Penh, Cambodia 750412 to 750413 Participated in Operation Frequent Wind, Saigon, RVN 750429 to 750502 |

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State, ZIP) | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 3342 Loam Street Norfolk, VA 23504 | |

| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| M. M. SCHNELL, Captain USMC Commanding Officer, Co"A",1stCbtEngrBn | |

DD FORM 1 NOV 72 214 MC    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE    THIS IS AN IMPORTANT RECORD SAFEGUARD IT.    REPORT OF SEPARATION FROM ACTIVE DUTY (1900)    STATE DIR SS 4

S/N 0102-002-0001

APPLICATION FOR DEPENDENTS ALLOWANCE
NAVPERS - 666 (REV. 6-31)

S/N 9108-901-1000 1

(Check one)
[X] START    [ ] CHANGE IN DEPENDENTS

| SERVICE NUMBER | LAST NAME OF ENLISTED MEMBER | (First) | (Middle) | RATE |
|---|---|---|---|---|
| 245 78 1687 | HILL, James Charleston | | | sgt |

Have you ever applied for Family Allowance under the Serviceman's Dependence Allowance Act 1942? [ ] YES [X] NO

SHIP OR STATION PREPARING THIS APPLICATION

H&MS37,MWSG37,3dMAW,MCAS,EL TORO,SANTA ANA,CA.92709

DATE OF THIS APPLICATION
29 Sep 1972

DATE OF CURRENT ENLISTMENT OR DATE RE-PORTING FOR ACTIVE DUTY (whichever is later)
17Aug70

DATE OF LAST DISCHARGE OR DATE OF LAST RELEASE TO INACTIVE DUTY
16Aug70

| | NAME OF DEPENDENT (include full given names) | COMPLETE ADDRESS | RELATIONSHIP (indicate if step or adopted child) | DATE OF BIRTH (Day, Mo., Year) | DATE ALLOWANCE CLAIMED FROM |
|---|---|---|---|---|---|
| 1. | Connie HILL | 16661 McFadden, NOT APPROVED Tustin,Ca. | Wife | 31Mar53 | 17Sep72 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

Give following information concerning custodian of any dependent named above

| DEPENDENT NO. | FULL NAME OF CUSTODIAN | ADDRESS | RELATIONSHIP |
|---|---|---|---|
| | | | |

DATE AND PLACE OF PRESENT MARRIAGE

17 September 1972 at tustin, Ca.

Have you been previously married?
[ ] YES [X] NO

DATE AND PLACE OF DISSOLUTION OF EACH FORMER MARRIAGE AND STATE WHETHER BY DEATH, ANNULMENT OR DIVORCE

If you are separated or divorced, is there a court order or written agreement in effect relative to support or maintenance?   * If yes, ATTACH CERTIFIED COPY OF COURT DECREE OR GIVE PLACE AND DATE OF SAME OR NAME OR ADDRESS OF CUSTODIAN OF SEPARATION AGREEMENT

[ ] YES *    [ ] NO

Has your wife been previously married?   * If yes, GIVE DATE, AND PLACE OF DISSOLUTION AND STATE WHETHER BY DEATH, ANNULMENT OR DIVORCE

[ ] YES    [X] NO

DEPENDENCY STATEMENT—(This section must be completed for all dependents other than lawful wife and/or legitimate children under 21 years of age of male members.)

I certify that_____ named above, has been dependent upon me for more than one-half of his or her, support since_____ that during such period I have contributed to his or her support an average of $_____ per month in cash or its equivalent without any consideration in return; that is his or her income from all other sources, including contributions of others toward their share of household or living expenses averaged $_____ per month in cash or equivalent, and that the actual living expenses incurred by him or her averaged $_____ per month.  (Note: Separate certificate required for each dependent.)

STATE HERE ANY FURTHER FACTS TO SUPPORT OR EXPLAIN THIS APPLICATION

Marriage license reviewed this date by attesting officer.

MAY 9 1973

NOT APPROVED

FSPD

REQUEST FOR "Q" ALLOTMENTS—Indicate dependents on whose behalf allotment is desired by dependent numbers shown above.

| | PAYEE (Use given Name in full and middle initial) | | AMOUNT | TO COMMENCE Month | Year | DEPENDENT NUMBER |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |

Subscribed and sworn to before me this 29 day _____ 19 72

_____, 1stLt,Admin O
(Signature and Title of Attesting Officer,

I hereby apply for allowance for dependents and certify that all the above statements are true to the best of my knowledge and belief, and I consent to checkage against my pay for any allowance paid on account of any person later determined not to be dependent as defined in existing laws and regulations.
I also certify that none of the above named dependents is a member of the uniformed services on active duty.
I will immediately notify my Disbursing Officer and the Family Allowance Unit, Bureau of Naval Personnel, Cleveland, Ohio, or any change in the above stated dependency.

James ____ Fields   Sgt
(Signature of Enlisted Member)        (Rate)

DISBURSING INFORMATION TO BE ENTERED HERE

1. I have credited dependents allowance as requested above except for dependent(s) number none (Insert above dependent number(s) as applicable for dependents for whom allowance not credited).
2. Q allotments have been registered as requested except allotment(s) number none (Insert above allotment number(s) as applicable for Q allotments requested but not registered.

3. REMARKS

M. E. LOVELESS,MAJOR USMC
BY: _____
Deputy
(Or Signature)

BUREAU OF NAVAL PERSONNEL INFORMATION TO BE ENTERED HERE

APPROVED:

J.R.SMILEY,
Major USMC
Acting

CASE FILE

FOR NAVAL PERSONNEL—Forward to Family Allowance Unit, BuPers, Cleveland 14, Ohio, via D.O.
FOR COAST GUARD PERSONNEL—Forward to Commandant, USCG, Via D.O. carrying pay account
FOR MARINE PERSONNEL—Forward, Commandant, USMC, Via H. Q.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1947—677-187

DUPLICATE

# COUNTY OF ORANGE
## CLERK-RECORDER

## CERTIFICATE OF REGISTRY OF MARRIAGE
(PERSONAL DATA, LICENSE TO MARRY, CERTIFICATION OF MARRIAGE)

BOOK 421 PAGE 672

961

| STATE FILE NUMBER | | | | | | LOCAL REGISTRAR'S NUMBER |

**GROOM PERSONAL DATA**

| 1A. NAME OF GROOM—FIRST NAME | 1B. MIDDLE NAME | 1C. LAST NAME | 2. DATE OF BIRTH—MONTH, DAY, YEAR |
|---|---|---|---|
| James | Charleston | Hill | |

| 3. AGE (LAST BIRTHDAY) | 4. NUMBER OF THIS MARRIAGE | 5A. DATE LAST MARRIAGE ENDED | 5B. LAST MARRIAGE ENDED BY (SPECIFY DEATH, DIVORCE OR ANNULMENT) | 6. BIRTHPLACE (STATE OR FOREIGN STATE) |
|---|---|---|---|---|
| 23 YEARS | 1 | x x x | x x x | North Carolina |

| 7A. RESIDENCE OF GROOM—STREET ADDRESS (STREET AND NUMBER, RURAL ADDRESS, OR LOCATION) | 7B. CITY OR TOWN | 7C. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE) |
|---|---|---|
| 16661 Mc Fadden | Tustin | Orange |

| 8A. PRESENT OR LAST OCCUPATION | 8B. KIND OF INDUSTRY OR BUSINESS | 9. HIGHEST SCHOOL GRADE COMPLETED |
|---|---|---|
| U. S. Marine Corps | x x x | 12 |

| 10A. NAME OF FATHER OF GROOM | 10B. BIRTHPLACE OF FATHER (STATE OR FOREIGN COUNTRY) | 11A. MAIDEN NAME OF MOTHER OF GROOM | 11B. BIRTHPLACE OF MOTHER (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| James S. Bush | N. C. | Bessie D. Hill | N. C. |

**BRIDE PERSONAL DATA**

| 12A. NAME OF BRIDE—FIRST NAME | 12B. MIDDLE NAME | 12C. LAST NAME | 13. DATE OF BIRTH—MONTH, DAY, YEAR |
|---|---|---|---|
| Connie | - - - - | Davis | |

| 14. AGE (LAST BIRTHDAY) | 15. NUMBER OF THIS MARRIAGE | 16A. DATE LAST MARRIAGE ENDED | 16B. LAST MARRIAGE ENDED BY (SPECIFY DEATH, DIVORCE, OR ANNULMENT) | 17. BIRTHPLACE (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|---|
| 19 YEARS | 1 | x x x | x x x | Texas |

| 18A. RESIDENCE OF BRIDE—STREET ADDRESS (STREET AND NUMBER, RURAL ADDRESS, OR LOCATION) | 18B. CITY OR TOWN | 18C. COUNTY (IF OUTSIDE CALIFORNIA, ENTER STATE) |
|---|---|---|
| 16661 Mc Fadden | Tustin | Orange |

| 19A. PRESENT OR LAST OCCUPATION | 19B. KIND OF INDUSTRY OR BUSINESS | 20. HIGHEST SCHOOL GRADE COMPLETED | 21. MAIDEN NAME OF BRIDE (IF PREVIOUSLY MARRIED) |
|---|---|---|---|
| Tour Guide | Disneyland | 12 | x x x |

| 22A. NAME OF FATHER OF BRIDE | 22B. BIRTHPLACE OF FATHER (STATE OR FOREIGN COUNTRY) | 23A. MAIDEN NAME OF MOTHER OF BRIDE | 23B. BIRTHPLACE OF MOTHER (STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| Commie C. Campbell | Texas | Mildred Jones | Texas |

**AFFIDAVIT OF BRIDE AND GROOM**

WE, THE BRIDE AND GROOM NAMED IN THIS CERTIFICATE, EACH FOR HIMSELF, STATE THAT THE FOREGOING INFORMATION IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR LICENSE TO MARRY.

| 24A. BRIDE (SIGNATURE) | 24B. GROOM (SIGNATURE) |
|---|---|
| Connie Davis | James Charleston Hill |

**LICENSE TO MARRY**

17630

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| 25A. SUBSCRIBED AND SWORN TO BEFORE ME ON | 25B. DATE LICENSE ISSUED | 25C. LICENSE NUMBER | 25D. COUNTY CLERK |
|---|---|---|---|
| | 9/15/1972 | 9762 | WILLIAM E. ST. JOHN |

| | 25E. EXPIRATION DATE | 25F. COUNTY OF ISSUE OF LICENSE | BY |
|---|---|---|---|
| 9/15/1972 | 12/14/1972 | ORANGE | Kay Quan DEPUTY |

**WITNESSES**

| 26A. SIGNATURE OF WITNESS | 26B. ADDRESS OF WITNESS—STREET ADDRESS | 26C. ADDRESS OF WITNESS—CITY OR TOWN AND STATE |
|---|---|---|
| Quentin D. Spencer | 911 Dairy Ave St | Pittsburg PA 10 |

| 27A. SIGNATURE OF WITNESS | 27B. ADDRESS OF WITNESS—STREET ADDRESS | 27C. ADDRESS OF WITNESS—CITY OR TOWN AND STATE |
|---|---|---|
| Jesse Douglas | 1044 Loma St | Memphis Tenn. 3810 |

**CERTIFICATION OF PERSON PERFORMING CEREMONY**

| 28. I HEREBY CERTIFY THAT THE ABOVE NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA | 29A. SIGNATURE OF PERSON PERFORMING CEREMONY AND OFFICIAL TITLE |
|---|---|
| ON September 17 19 72 MONTH DAY YEAR | Wm D Powell Minister |
| AT Tustin CITY OR TOWN CALIFORNIA | 29B. NAME OF PERSON PERFORMING CEREMONY (PRINT) Wm D. Powell — 29C. DENOMINATION (IF PRIEST, MINISTER OR RABBI) Baptist |
| | 29D. ADDRESS—STREET ADDRESS, CITY OR TOWN AND STATE 17642 Westbury, Tustin |

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**

| 30. DATE ACCEPTED FOR REGISTRATION | 31. LOCAL REGISTRAR—SIGNATURE |
|---|---|
| SEP 19 1972 | J Skylie Carlyle |

STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH—BUREAU OF VITAL STATISTICS

REV 3 1 7 FORM VR 11

*00103155C*

---

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF ORANGE } SS   DATE ISSUED OCT 3 1 2013

Hugh Nguyen
HUGH NGUYEN
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Orange County Clerk-Recorder.

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION
**MEDICAL EXAMINER'S CERTIFICATE OF DEATH**

Registration
District No. **089-06** Local No. _____

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): JAMES CHARLESTON HILL — JAMES CHARLESTON HILL
2. SEX: M
3. DATE OF DEATH (Month, Day, Year): 7-31-04

4. SOCIAL SECURITY NUMBER: YES
5a. AGE-Last Birthday (Years): 55
5b. UNDER 1 YEAR Months / Days
5c. UNDER 1 DAY Hours / Minutes
6. DATE OF BIRTH (Month, Day, Year)
7. BIRTHPLACE (County and State or Foreign Country): TYRRELL CO, NC

8. WAS DECEDENT EVER IN U.S. ARMED FORCES (Yes or No): YES
9a. PLACE OF DEATH (Check only one: see instructions on other side): HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA  OTHER: ☐ Nursing Home ☒ Residence ☐ Other (Specify)

9b. FACILITY NAME (If not institution, give street and number): 504 BOWSER STREET
9c. CITY, TOWN, OR LOCATION OF DEATH: Columbia
9d. INSIDE CITY LIMITS? (Yes or No): YES
9e. COUNTY OF DEATH: Tyrell

10. MARITAL STATUS-Married, Never Married, Widowed, Divorced (Specify): DIVORCED
11. SURVIVING SPOUSE (If wife, give maiden name)
12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.): SCREENER
12b. KIND OF BUSINESS/INDUSTRY: AIRPORT

13a. RESIDENCE — STATE: TEXAS
13b. COUNTY: BELL
13c. CITY, TOWN, OR LOCATION: BELTON
13d. STREET AND NUMBER: 4201 HIGHOAK

13e. INSIDE CITY LIMITS (Yes or No): NO
13f. ZIP CODE: 76513
14. Was Decedent of Hispanic Origin? (Specify Yes or No—If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☐ Yes ☒ No (Specify)
15. RACE — American Indian, Black White, etc. (Specify): BLACK
16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) College (13-17+): 12⁺

17. FATHER'S NAME (First, Middle, Last)
18. MOTHER'S NAME (First, Middle, Maiden Surname): BESSIE HILL

19a. INFORMANT'S NAME (Type/Print): MARK HILL
19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): 2001-51 INDIAN TRAIL-HARKER HEIGHTS, TX 76548

**CAUSE OF DEATH**

PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. | Acute Myocardial Infarction | Immediately |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. b. | Hypertensive Coronary Artery Disease | yrs. |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| c. | | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| 20a. d. | | |

20b. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.: POSSIBLE ALCOHOL ABUSE. / ASTHMA.
21a. WAS AN AUTOPSY PERFORMED (Yes or No): NO
21b. Were Autopsy Findings Available Prior to Completion of Cause of Death Certificate? (Yes or No)

**CERTIFIER**

21c. MANNER OF DEATH: ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending ☐ Not Determined (Specify)
22a. DATE OF INJURY (Month, Day, Year)
22b. TIME OF INJURY: M.
22c. INJURY AT WORK? (Yes or No)
22d. DESCRIBE HOW INJURY OCCURRED

22e. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify)
22f. LOCATION (Street and Number or Rural Route Number, City or Town, State)
22g. TIME OF DEATH: 8:00 AM

23a. To the best of my knowledge, death occurred at the time, date and place stated. (Signature and Title of Certifier): [signature] ME Chowan.
23b. DATE SIGNED (Month, Day, Year): 7-31-2004

24a. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 20) (Type or Print): JAMES F. O'LEARY, 507 N. BROAD St., EDENTON, NC
24b. DATE PRONOUNCED DEAD (Month, Day, Year): 7-31-2004

**DISPOSITION**

25a. METHOD OF DISPOSITION: ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify)
25b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): LONG GROVE CH CEM
25c. LOCATION — City or Town, State, Zip Code: COLUMBIA, NC 27925

26a. NAME AND ADDRESS OF FUNERAL HOME: ROWSOM-COLUMBIA NC 27925
26b. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: Alex L Rowsom
26c. LICENSE NUMBER: FS-1041

26d. REGISTRAR'S SIGNATURE: Frances Forsyth Asst. D R
28. DATE FILED (Month, Day, Year): 8·06·04
26d. SIGNATURE OF EMBALMER: Alex L Rowsom
26e. LICENSE NUMBER: S-1041

---

## CERTIFICATION STATEMENT OF DEATH CERTIFICATE

NORTH CAROLINA
TYRRELL COUNTY

This is to certify that this is a true and correct reproduction or abstract of the official record of death filed in Book ___9___ Page __—__ in this office. Any alteration or erasure voids this certificate. Do not accept unless seal is clearly embossed.

Witness my hand and seal, this the __27__ day of __August__, 20 __04__.

Melanie L. Armstrong
Register of Deeds
Tyrrell County

*Melanie L Armstrong*
Register of Deeds

By: _____
                Assistant

MEDICAL EXAMINER: After you've initiated the certificate of death, give certificate to funeral director when the body is released. If the cause of death is pending, file supplemental report of cause of death (Form VSA-A when additional information has been obtained. Copy 3, when signed by medical examiner, is your authorization for final disposition.

FUNERAL DIRECTOR: Copies 1 & 2 must be completed and filed with a local registrar within 5 days after death. Copy 3 must be completed and filed with a local registrar within 5 days after death.

DEHNR 2164 (Revised 9/91) VITAL RECORDS