1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CONNIE HILL,                                No.  2:15-cv-2017-GEB-KJN PS

12             Plaintiff,

13        v.                                      ORDER AND

14    PAT MCCRORY, et al.,                        ORDER TO SHOW CAUSE

15
               Defendants.
16

17

18        Plaintiff Connie Hill, proceeding without counsel, commenced this action on September

19   24, 2015, and paid the filing fee.  (ECF No. 1.)  That same day, the court issued an "Order Setting

20   Status Conference."  (ECF No. 3.)  The order directed plaintiff to "complete service of process on

21   defendants named in the complaint within 120 days from the date of this order.  Plaintiff is

22   cautioned that this action may be dismissed if service of process is not accomplished within 120

23   days from the date that the complaint is filed.   See Fed. R. Civ. P. 4(m)."  (Id. at 1.)

24        That same order set a status (pre-trial scheduling) conference for January 28, 2016, at

25   10:00 a.m., and stated that "[a]ll parties shall appear by counsel or in person if acting without

26   counsel."  (ECF No. 3 at 2.)  The order also directed the parties to file a status report addressing

27   specific topics no later than seven (7) days prior to the status conference.  (Id. at 2-3.)  The order

28   specifically cautioned that "[f]ailing to obey federal or local rules, or [an] order of this court, may

                                            1

1   result in dismissal of this action.  This court will construe pro se pleadings liberally, but pro se

2   litigants must comply with the procedural rules." (Id. at 3.)

3        No status report was filed prior to the status conference, and plaintiff also failed to appear

4   at the status conference as ordered.  Additionally, no defendant has yet appeared in this case, and

5   there has been no docket activity by plaintiff since the complaint was filed.  Such inactivity

6   strongly suggests that plaintiff has not yet served defendants with process, even though the 120-

7   day period for service of process has now expired.

8        Based on plaintiff's numerous failures, the court has considered whether the action should

9   be dismissed at this juncture.  Nevertheless, in light of plaintiff's *pro se* status and the court's

10  general preference to resolve actions on their merits, the court first attempts lesser sanctions.

11       Accordingly, IT IS HEREBY ORDERED that:

12       1.  Within fourteen (14) days of this order, plaintiff shall pay the Clerk of Court $250.00

13           in monetary sanctions based on plaintiff's failure to appear at the status conference

14           and failure to comply with court orders.

15       2.  Within fourteen (14) days of this order, plaintiff shall also show cause in writing why

16           this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b)

17           based on plaintiff's failure to prosecute the case and failure to comply with court

18           orders.

19       3.  Alternatively, if plaintiff no longer wishes to pursue the action at this time, she may

20           instead file a notice of voluntary dismissal of the action without prejudice pursuant to

21           Federal Rule of Civil Procedure 41(a)(1)(A)(i) within fourteen (14) days of this order.

22       4.  Failure to pay the monetary sanctions imposed and file a written response to the order

23           to show cause by the required deadline, OR file a notice of voluntary dismissal of the

24           action by the required deadline, may result in dismissal of the action with prejudice

25           pursuant to Federal Rule of Civil Procedure 41(b).

26       IT IS SO ORDERED.

27    Dated:  January 29, 2016

28

2   _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE