UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE HILL,<br><br>  Plaintiff,<br><br>  v.<br><br>PAT MCCRORY, et al.<br><br>  Defendants. | No. 2:15-cv-2017-GEB-KJN PS<br><br><br>ORDER |

On August 29, 2018, plaintiff filed a request for the Clerk of Court and/or the assigned magistrate judge to sign and certify certain documents. (ECF No. 9.) However, this action was dismissed with prejudice more than two (2) years ago on April 26, 2016. (ECF Nos. 7, 8.) Therefore, plaintiff's request (ECF No. 9) is DENIED.

No further filings will be entertained in this closed case.

IT IS SO ORDERED.

Dated: August 30, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1